BLANK ROME LLP
Attorneys for Plaintiff
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE BUCHWALD**

---

LAND AIR & SEA TRANSPORT LTD,

                     Plaintiff,

    -against-

DREYMOOR FERTILIZERS OVERSEAS PTE. LTD.,

                     Defendant.

---

**08 CIV 11326**

**Rule 7.1 Statement**

RECEIVED
DEC 3 0 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff LAND AIR & SEA TRANSPORT LTD. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
            December 24, 2008

                                      BLANK ROME LLP
                                      Attorneys for Plaintiff

                                      By _____
                                      LeRoy Lambert (LL 3519)
                                      The Chrysler Building
                                      405 Lexington Avenue
                                      New York, NY 10174-0208
                                      Tel.: (212) 885-5000
                                      llambert@blankrome.com